NUMBER 13-01-748-CR

 

                             COURT OF APPEALS

 

                   THIRTEENTH DISTRICT OF TEXAS

 

                                CORPUS CHRISTI

____________________________________________________________________

 

THE
STATE OF TEXAS,                                                         Appellant,

 

                                                   v.

 

JOSE ANGEL LUNA, JR.,                                                        Appellee.

____________________________________________________________________

 

                   On appeal from the County Court at Law No. 2

                                  of Victoria County, Texas.

____________________________________________________________________

 

                                   O P I N I O N

 

                   Before Justices
Dorsey, Rodriguez, and Castillo

                                       Opinion Per Curiam

 








Appellant, THE
STATE OF TEXAS, perfected an appeal from an order entered by  County Court at Law No. 2 of Victoria
County, Texas, in cause number 2-75,882.  The clerk=s record was filed on October 25,
2001.  The reporter=s record was filed on October 26, 2001.   The
State=s  brief was due on November 26, 2001.
To date, no appellate brief has been received.

On May 15, 2002,
notice was given to all parties that this appeal was subject to dismissal.  The State  was given ten days to explain why the
cause should not be dismissed for failure to file a brief.  To date, no response has been received.

Under these
circumstances, the State's failure to file a brief constitutes abandonment of
the appeal. See State v. Palacios, 968 S.W.2d 467, 468
(Tex. App. ‑‑Fort Worth 1998, no pet.); State v. Crawford,
807 S.W.2d 892, 893 (Tex. App.‑‑Houston [1st Dist.]
1991, no pet.); State v. Sanchez, 764 S.W.2d 920, 921 (Tex. App.‑‑Austin
1989, no pet.). 

The Court, having
examined and fully considered the documents on file, the State=s failure to file a
proper appellate brief, this Court=s notice, and the
State=s failure to respond,
is of the opinion that the appeal should be dismissed for want of
prosecution.  The appeal is hereby
DISMISSED FOR WANT OF PROSECUTION.

PER CURIAM

Do not publish.

Tex. R. App. P. 47.3.

 

Opinion delivered and filed

this the 20th
day of June, 2002.